FILED24 JAN'13 15:22USDC-ORE

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### EUGENE DIVISION

Laura De Block

_____
*(Enter full name of plaintiff(s))*

Plaintiff(s),

v.

NuView Systems, Inc.

_____
*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 6:12-cv-01008-AA
*(to be assigned by Clerk of the Court)*

**MOTION FOR APPOINTMENT OF PRO BONO COUNSEL**

I, Laura De Block_____, move for the appointment of counsel for *(check one)*:
- ☐ the limited purpose of reviewing and evaluating my claims;
- ☐ for mediation or settlement; OR
- ☑ for all purposes.

To support this motion, I declare under penalty of perjury that:

1. ☐ I have been granted, or have applied for, permission to proceed *in forma pauperis*; OR
   ☑ I have attached an affidavit demonstrating my inability to pay the cost of an attorney.

2. I have made the following diligent efforts to obtain legal counsel but have been unsuccessful because of my poverty:
I have contacted five lawyers and discussed my case with them. They were either unwilling to take my case on a contingency or they wanted a ten to fifteen thousand dollar retainer upfront.

3. I need appointed counsel to assist me because:
I already have a case in process with the United States District Court in Eugene.

1/18/2013
DATE

*(signature)*
SIGNATURE OF APPLICANT

Laura De Block
PRINTED NAME OF APPLICANT

Revised August 10, 2010
Page 1

USDC - Oregon

# AFFIDAVIT

In support of my Motion for Appointment of Pro Bono Counsel, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐ Yes ☑ No

    If "Yes" state the place of your incarceration: _____

2. Are you currently employed? ☐ Yes ☑ No ☐ Self-employed

    a. If the answer is "Yes," state:

    Employer's name: _____

    Employer's address: _____

    Amount of take-home pay or wages: $_____ per _____ (*specify pay period*)

    b. If the answer is "No," state:

    Name of last employer: NuView Systems, Inc.

    Address of last employer: 200 Brickstone Square Andover, MA 01810

    Date of last employment: _____

    Amount of take-home salary or wages: $ 5950.00 per month (*specify pay period*)

3. Is your spouse or significant-other employed? ☐ Yes ☐ No ☐ Self-employed ☑ Not applicable
    If the answer is "Yes," state:

    Employer's name: _____

    Employer's address: _____

    Amount of take-home pay or wages: $_____ per _____ (*specify pay period*)

4. In the past 12 months have you received any money from any of the following sources?

    a. Business, profession or other self-employment ☐ Yes ☑ No

    If "Yes," state: Amount received:       $ _____

    Amount expected in future: $ _____

    b. Rent payments, interest, or dividends ☑ Yes ☐ No

    If "Yes," state: Amount received:       $ 1,000.00

    Amount expected in future: $ 250.00 per month

    c.    Pensions, annuities, or life insurance payments  ☐ Yes ☑ No

        If "Yes," state: Amount received:  $ _____

        Amount expected in future:  $ _____

    d.    Disability or workers compensation payments  ☐ Yes ☑ No

        If "Yes," state: Amount received:  $ _____

        Amount expected in future:  $ _____

    e.    Gifts or inheritances  ☐ Yes ☑ No

        If "Yes," state: Amount received:  $ _____

        Amount expected in future:  $ _____

    f.    Any other sources  ☐ Yes ☑ No

        If "Yes," state: Source: _____

        Amount received:  $ _____

        Amount expected in future:  $ _____

5. Do you have cash or checking or savings accounts? ☑ Yes ☐ No
(including prison trust accounts)?

    If "Yes," state the total amount: _3,000.00_

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☑ Yes  ☐ No

    If "Yes," describe the asset(s) and state the value of each asset listed.
    Home - I still owe more than the value of the house.
    Used 2009 Pontiac Vibe - $6,000.00
    2002 PT Cruiser - $2,000.00
    Simple IRA - $78,440.68 - (I won't be able to access this money for over 10 years)
    Roth IRA - $43,295.86 - (I won't be able to access this money for over 10 years)

7. Do you have any other assets? ☐ Yes ☑ No

    If "Yes," list the asset(s) and state the value of each asset listed.

8. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?   ☑ Yes   ☐ No

   If "Yes," describe and provide the amount of the monthly expense.
   Mortgage - $437.00 and a Home Equity Loan - $90.00
   Phone - $100.00
   Electricity - $200.00
   Cable - $70.00
   Car Insurance - $325.00

9. List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   none

10. Do you have any debts or financial obligations?   ☐ Yes   ☑ No

    If "Yes," describe the amounts owed and to whom they are payable.

1/18/2013
DATE

_Laura De Block_
SIGNATURE OF APPLICANT
Laura De Block
PRINTED NAME OF APPLICANT