**Andrew M. Schpak**, OSB No. 044080
aschpak@barran.com
**Kyle Abraham**, OSB No. 051821
kabraham@barran.com
BARRAN LIEBMAN LLP
601 SW Second Ave., Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile: (503) 274-1212

Attorneys for Defendant NuView Systems, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LAURA DE BLOCK,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NUVIEW SYSTEMS, INC.,<br><br>　　　　　　　Defendant. | 6:12-CV-1008-AA<br><br>**DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL** |

The following is Defendant's Memorandum in Support of Motion to Compel production of certain documents in the above-referenced action.

## **INTRODUCTION**

Plaintiff has filed the above-referenced action raising the following claims: (1) Disability discrimination pursuant to Title I of the Americans Disabilities Act ("ADA"), 42 U.S.C. §12101

Page 1 – DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

et seq,; (2) Failure to accommodate pursuant to Title V of the ADA; and (3) Retaliation for complaining about Defendant's alleged failure to accommodate.

Defendant served its First Request for Production of Documents and its First Set of Interrogatories on Plaintiff via email and regular mail on November 8, 2012. (Schpak Decl., Exs A, B). Defendant requested documents that are relevant to this action and are reasonably calculated to lead to the discovery of admissible evidence. Plaintiff's response was due on December 11, 2012.

On January 2, 2013, counsel for Defendant contacted Plaintiff via email regarding her failure to respond to the discovery request. (Schpak Decl., Ex C). On January 5, 2013, Plaintiff replied and stated she was "planning on responding to [Defendant's] request as soon as possible" and that she was "waiting for a response from a lawyer in order to respond properly." (*Id*). On January 11, 2013, counsel for Defendant again contacted Plaintiff via email to ascertain the status of her response to Defendant's discovery request. (*Id*.). On January 13, 2013, over a month after the original deadline to respond, Plaintiff asked for a 30-day extension on her response to Defendant's discovery request. (*Id*.). Defendant agreed to extend the deadline by two weeks, until January 30, 2013. (*Id*.). Counsel for Defendant explained any longer delay would be too close to the discovery cutoff date, which is February 28, 2013. As of February 4, 2013, Plaintiff has failed to object or otherwise respond to Defendant's discovery requests. (Schpak Decl., ¶5).

## DISCUSSION

Pursuant to Federal Rule of Civil Procedure 26(b)(1), parties may discover any relevant, unprivileged information that is admissible at trial or is reasonably calculated to lead to admissible evidence. *Tran v. Tyco Electronics, Corp.*, 06-CV-1810-BR, 2008 WL 2037279 (D.

Page 2 – DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

Or. May 7, 2008). In this case, Plaintiff's complaint alleges Defendant's actions were discriminatory in violation of the ADA. Based on these allegations, Defendant requested information from Plaintiff that supports her claims. Defendant did not submit a "boilerplate" request for production; rather, Defendant's request identified specific documents. Likewise, Defendant's interrogatories were tailored to address specific facts alleged by Plaintiff in her complaint. Defendant requested information relevant to this action and reasonably calculated to lead to the discovery of admissible evidence.

In spite of Defendant's good faith efforts to obtain the information identified above, Plaintiff has failed to respond to the requests for production or the interrogatories. Ultimately, Plaintiff refused to produce any documents responsive to these requests for production.

## CONCLUSION

For the reasons set forth above, the medical and mental health documents requested by Defendants are reasonably calculated to lead to the discovery of admissible evidence and Plaintiff should be ordered to produce the requested documents.

DATED this 6th day of February, 2013.

BARRAN LIEBMAN LLP

By   *s/Andrew M. Schpak*
Andrew M. Schpak, OSB No. 044080
aschpak@barran.com
Kyle Abraham, OSB No. 051821
kabraham@barran.com
Attorneys for Defendant NuView Systems, Inc.

Page 3 – DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2013, I served the foregoing **DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL** on the following parties at the following addresses:

Laura De Block
19624 Apache Rd.
Bend, Oregon 97702
ldeblock306@gmail.com

Plaintiff *Pro Se*

by the following indicated method or methods on the date set forth above:

- ☒ **Electronic Filing**
- ☐ **Facsimile**
- ☒ **First-class mail, postage prepaid**
- ☐ **Hand-delivery**
- ☐ **Email**

*s/Andrew M. Schpak*
_____
Andrew M. Schpak

CERTIFICATE OF SERVICE

00303049.1

**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR  97204-3159
PHONE (503) 228-0500   FAX (503) 274-1212